PROB 12B
(4/08) Revised

# United States District Court
## for the
## DISTRICT OF MARYLAND

### Request for Modifying the Conditions of Supervision
### with Consent of the Offender

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2008 AUG -8 P 4: 21
AT BALTIMORE
BY_____ DEPUTY

Offender: Charles Allen  
Case Number: 1:01CR00481

Sentencing Judicial Officer: Marvin J. Garbis, U.S. District Judge  
Court Location: Baltimore, Maryland  
Date of Original Sentence: 05/28/2002

Original Offense: Felon in Possession of a Firearm  
Original Sentence: 100 months Custody with 3 year(s) Supervised Release to follow  
Type of Supervision: TSR  
Date Supervision Commenced: 9/12/2008   Date Supervision Expires: 9/11/2011

## CAUSE

Mr. Allen is currently residing at the Volunteers of America while in the custody of the Bureau of Prisons. He will release from BOP custody to the community on or about September 12, 2008 to begin his term of supervised release; however, at this time he does not have a viable release plan. Mr. Allen began working for Downtown Partnership as of Monday July 21, 2008. We are recommending that Mr. Allen participate in a 120 day public law placement. Allen agreed with out recommendation and signed the attached Form 49 waiving his right to a hearing. This placement will assist him with securing adequate housing.

## PETITIONING THE COURT

To modify the conditions of supervision as follows: The defendant shall reside and satisfactorily participate in the program of a community corrections facility, half-way house, or similar facility as directed by the Bureau of Prisons, for a period of four (4) months.

By copy of this Request, we are notifying the U.S. Attorney's Office pursuant to Rule 32.1(b) of the Federal Rules of Criminal Procedure that a favorable modification of probation or supervised release is being proposed. Pursuant to Rule 32.1(b), the U.S. Attorney's Office is requested, if they desire, to comment upon the proposed action to the Court within a reasonable time of not more than five business days from the date of the memorandum.

Respectfully Submitted By:  
_____  
William Tavik, Special Offender Specialist

Reviewed and Approved By:  
_____  
Stephanie V. Lee, Supervisory U.S. Probation Officer

July 28, 2008  
Date

7/29/08  
Date

## COURT ACTION

[ ✓ ] Agree with USPO action  
[ ] Disagree, Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Disagree, Submit a Request for Warrant or Summons  
[ ] Disagree, Other

_____  
Marvin J. Garbis, U.S. District Judge

August 8, 2008  
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MARYLAND

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall reside and satisfactorily participate in the program of a community corrections facility, half-way house, or similar facility as directed by the Bureau of Prisons, for a period of four (4) months.

Witness: _____   Signed: _____
U.S. Probation Officer                              Charles Allen

7-21-08
DATE